NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ERIC RESH,**

*Plaintiff-Appellant*

**v.**

**RON HETZNER, JESS HETZNER, OREQ CORP,**

*Defendants-Appellees*

---

2015-1158

---

Appeal from the United States District Court for the Central District of California in No. 5:13-cv-00830-JGB-SP, Judge Jesus G. Bernal.

---

**JUDGMENT**

---

JOHN MARK HOLLAND, J. Mark Holland & Associates, Irvine, CA, argued for plaintiff-appellant. Also represented by ALTON G. BURKHALTER, CARMEN MARIA MIRANDA, Burkhalter Kessler Goodman & George LLP, Irvine, CA.

JOSHUA STOWELL, Knobbe, Martens, Olson & Bear, LLP, Irvine, CA, argued for defendants-appellees. Also represented by JOHN B. SGANGA, JR.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (WALLACH, BRYSON, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| July 9, 2015 | /s/  Daniel  E.  O'Toole |
|---|---|
| Date | Daniel E. O'Toole |
| | Clerk of Court |